**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ERIC BEEDERS,

       Plaintiff,

v.                                                     CASE NO:  8:08-cv-1298-T-26TBM

TRANSWORLD SYSTEMS, INC.,

       Defendant.

_____

ERIC BEEDERS,

       Plaintiff,

v.                                                     CASE NO:  8:08-cv-1299-T-26TBM

TRANSWORLD SYSTEMS, INC.,

       Defendant.

_____

ERIC BEEDERS,

       Plaintiff,

v.                                                     CASE NO:  8:08-cv-1301-T-26MAP

CREDIT MANAGEMENT SYSTEMS,
INC., a/k/a Transworld Systems, Inc.

       Defendant.

_____

ERIC BEEDERS,

       Plaintiff,

v.                                      CASE NO:  8:08-cv-1302-T-24EAJ

CREDIT MANAGEMENT SERVICES,
INC., a/k/a Transworld Systems, Inc.,

       Defendant.

_____

ERIC BEEDERS,

       Plaintiff,

v.                                      CASE NO:  8:08-cv-1303-T-27TGW

TRANSWORLD SYSTEMS, INC.,

       Defendant.

_____

ERIC BEEDERS,

       Plaintiff,

v.                                      CASE NO:  8:08-cv-1304-T-26TBM

CREDIT MANAGEMENT SERVICES,
INC., a/k/a Transworld Systems, Inc.,

       Defendant.

_____

ERIC BEEDERS,

      Plaintiff,

v.                                                                        CASE NO:  8:08-cv-1305-T-30MSS

CREDIT MANAGEMENT SERVICES,
INC., a/k/a Transworld Systems, Inc.,

      Defendant.

_____

ERIC BEEDERS,

      Plaintiff,

v.                                                                        CASE NO:  8:08-cv-1306-T-26TBM

CREDIT MANAGEMENT SERVICES,
INC., a/k/a Transworld Systems, Inc.,

      Defendant.

_____/

## **O R D E R**

Upon due consideration, and for the reasons announced on the record at the hearing held in this case this day, it is ordered and adjudged as follows:

1) Each of the above cases are consolidated for all future proceedings.

2) All future pleadings shall be filed in the lowest case number, case number 8:08-cv-1298-T-26TBM, and shall bear the style of this order.

3) Defendant shall file a response to Plaintiff's complaints within ten days of this order. In the event Defendant's response is a motion to dismiss, Plaintiff shall respond to such a motion within ten days of service.

4) The Clerk is directed to administratively close case numbers 8:08-cv-1399, 1301, 1302, 1303, 1304, 1305, and 1306.

**DONE AND ORDERED** at Tampa, Florida, on July 18, 2008.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record